Gary R. Selvin, State Bar No. 112030
James L. Wraith, State Bar No. 112234
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   gselvin@selvinwraith.com
E-mail:   jwraith@selvinwraith.com

Attorneys for Plaintiff
DOLLAR POINT ASSOCIATION, INC.

Alan H. Barbanel (Cal Bar No. 108196)
Ilya A. Kosten (Cal Bar No. 173663)
Paul Impellezzeri (Cal Bar No. 231012)
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone: (310) 282-8088
Facsimile: (310) 282-8779
E-mail: abarbanel@btlawla.com
E-mail: ikosten@btlawla.com
E-mail: pimpellezzeri@btlawla.com

Attorneys for Defendant
UNITED STATES LIABILITY
INSURANCECOMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR POINT ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>Defendant. | CASE NO.:  2:22-cv-00995-KJN<br><br>*Case Assigned to Hon. Kendall J. Newman*<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE TO FILE MOTION TO DISMISS**<br><br>Complaint Filed:  June 7, 2022 |

**COME NOW** Plaintiff, Dollar Point Association, Inc. ("Plaintiff" or "Dollar Point"), and Defendant, United States Liability Insurance Company ("Defendant" or "USLI"), and by and through their respective counsel of record stipulate and agree as follows, pursuant to Local Rule 144(a).

WHEREAS, USLI, through counsel, corresponded with Plaintiff's attorney, meeting and

conferring regarding USLI'S' intent to file a motion to dismiss pursuant to Federal Rules of Civil Procedure 12b (6), with supporting authority, and

WHEREAS, counsel for Plaintiff has been ill with COVID and has requested an agreement on the briefing schedule and the date USLI files its motion to dismiss, and

WHEREAS, USLI, through counsel, have agreed to extend USLI's time to file a responsive pleading for 10 days, up to and including August 8, 2022, and

WHEREAS, there has been one prior extension, and

THEREFORE, the parties, through counsel of record, stipulate that USLI has up to and including August 8, 2022 to file a Motion to Dismiss; Plaintiff's Opposition is due on August 23, 2022; USLI's Reply is due on August 30, 2022. The parties further stipulate to a hearing date of September 6, 2022 on USLI's Motion to Dismiss.

Dated: July 28, 2022        SELVIN WRAITH HALMAN LLP


By: /s/ Gary R. Selvin
    Gary R. Selvin
    James L. Wraith
    Attorneys for Plaintiff
    DOLLAR POINT ASSOCIATION, INC.

Dated: July 28, 2022        BARBANEL & TREVER, P.C.


By: /s/ Ilya A. Kosten
    ILYA A. KOSTEN
    Attorneys for Defendant, UNITED
    STATES LIABILITY INSURANCE
    COMPANY

# ORDER

After considering the Stipulation between parities and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED,

(1) Defendant USLI has up to and including August 8, 2022, to file a responsive pleading; and

(2) USLI has up to and including August 8, 2022, to file a Motion to Dismiss; Plaintiff's Opposition is due on August 23, 2022; USLI's Reply is due on August 30, 2022. The parties further stipulate to a hearing date of September 6, 2022, on USLI's Motion to Dismiss

**IT IS SO ORDERED.**

Dated:  August 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

404935.doc