ALAN H. BARBANEL (Cal Bar No. 108196)
abarbanel@btlawla.com
ILYA A. KOSTEN (Cal Bar No. 173663)
ikosten@btlawla.com
PAUL A. IMPELLEZZERI (Cal Bar No. 231012)
pimpellezzeri@btlawla.com
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone:  (310) 282-8088
Facsimile:  (310) 282-8779

Attorneys for Defendant, UNITED STATES LIABILITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOLLAR POINT ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:22-CV-00995 KJN<br><br>[~~PROPOSED~~] ORDER ON THE PARTIES' STIPULATION TO CONVERT DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)] INTO PARTIES' CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE DUTY TO DEFEND [FRCP 56]<br><br>[*Hon. Kendall J. Newman*]<br>Trial Date:         None Set |
|---|---|

## **ORDER**

The Court, having examined the parties' stipulation regarding conversion of defendant's motion to dismiss complaint for failure to state a claim upon which relief can be granted [FRCP 12(b)(6)] into parties' cross-motions for partial summary judgment on the duty to defend [FRCP 56], and good cause appearing therefor, hereby approves the stipulation and orders as follows:

///

1. USLI's motion to dismiss the complaint by Dollar Point [Doc. 14] and Dollar Point's opposition to USLI's motion to dismiss [Doc. 16] are hereby converted into the Parties' cross-motions for partial summary judgment on the duty to defend under FRCP 12(d);

2. USLI's motion to dismiss the complaint [Doc. 14], including all the exhibits and evidence submitted therewith, shall be treated and referred to as USLI's motion for partial summary judgment on the duty to defend;

3. Dollar Point's opposition to USLI's motion to dismiss the complaint [Doc. 16] shall be treated and referred to as Dollar Point's cross-motion for partial summary judgment on the duty to defend;

4. On or before September 16, 2022, USLI shall file its opposition to Dollar Point's newly-titled motion for partial summary judgment;

5. Dollar Point shall have the right to file a reply brief in support of its newly-titled motion for summary judgment no later than September 30, 2022.

6. No Party shall proffer any additional evidence in connection with the cross-motions for partial summary judgment.

7. No Party shall object to any evidence already before the Court as of the date of this Stipulation.

8. No Party shall file a separate statement of undisputed material facts.

After the close of the briefing, the motions will be taken under submission. If the court determines that oral argument is needed, a hearing will be scheduled.

**IT IS SO ORDERED**.

Dated: September 1, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE